# THE UNITED STATES DISTRICT COURT
# IN THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMY ROBINSON,

    Plaintiff,                                  CASE NO.:  8:17-CV-02025-MSS-AAS

-vs-

NATIONWIDE ACCEPTANCE LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Amy Robinson, and the Defendant, Nationwide Acceptance LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of January, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Travis Halstead* |
| Octavio Gomez, Esquire | Travis J. Halstead, Esquire |
| Florida Bar No.: 0338620 | Baker, Donelson, Bearman, Caldwell & |
| Morgan & Morgan, Tampa,  P.A. | Berkowitz, P.C. |
| One Tampa City Center | 200 S. Orange Ave., Ste. 2900 |
| Tampa, Florida 33602 | Orlando, Florida 32801 |
| Tele: (813) 223-5505 | Tele: (407) 422-6600 |
| Fax: (813) 223-5402 | Fax: (407) 841-0325 |
| Primary Email: TGomez@ForThePeople.com | thalstead@bakerdonelson.com, |
| Secondary Email: LDobbins@ForThePeople.com | vmcfarland@bakerdonelson.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |